BRIAN STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8927
    Fax: 415-744-1034
    Patrick.Snyder@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN WALKER,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:15-cv-05369 WHO<br><br>**EX PARTE MOTION TO EXTEND TIME FOR DEFENDANT TO FILE HER COUNTER-MOTION FOR SUMMARY JUDGMENT** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, requests to extend the time by two weeks, from April 25, 2016 to May 9, 2016 for the Commissioner to provide her Counter-Motion For Summary Judgment, with all other dates in this Court's Procedural Order For Social Security Review Actions extended accordingly.  This is the Commissioner's first request for an extension.  The request is being made ex parte because counsel for the Defendant was unable to reach Plaintiff's counsel via telephone or email in the hope of filing a stipulated motion.

Counsel makes this request in good faith. There is good cause for this request because the case was recently reassigned to new counsel for Defendant, who needs additional time to become familiar with the facts and the issues presented in the opening brief, as well as a quality review of the brief in accordance with our office procedures. There is also good cause for this extension because the undersigned counsel is currently responsible for dozens of district court cases at various stages of litigation, a Ninth Circuit Privacy Act case which is going to hearing on May 4, 2016, dozens of subpoena and disclosure matters, two representative sanction matters, as well as a Federal Tort Claim Act and other miscellaneous litigation cases in district court with current filing deadlines. As a result, the Commissioner needs additional time to properly address the issues raised in Plaintiff's Motion For Summary Judgment.

Respectfully submitted,

Date:   April 22, 2016            BRIAN STRETCH
                                  United States Attorney

                     By:   /s/ *Patrick William Snyder*
                           PATRICK WILLIAM SNYDER
                           Special Assistant United States Attorney

Of Counsel, JAMES BIELENBERG       Attorneys for Defendant

**ORDER**

IT IS ORDERED that the Commissioner shall have until May 9, 2016 to file her Counter-Motion For Summary Judgment, with all other dates in this Court's Procedural Order For Social Security Review Actions extended accordingly.

Date:  April 25, 2016          _____
                               THE HONORABLE WILLIAM H. ORRICK
                               United States District Judge

Stipulated Request To Extend Time For Defendant To File MSJ, 3:15-cv-05639 WHO            2